IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL A. WILLIAMS, | : | |
| | : | CASE NO. 1:23-CV-00649 |
| Plaintiff, | : | |
| | : | |
| v. | : | JUDGE CHARLES E. FLEMING |
| | : | |
| ASHTABULA MUNICIPAL COURT, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

Please take notice that Donald G. Slezak and David A. Campbell of the law firm of Lewis Brisbois Bisgaard & Smith LLP, hereby enter their appearance for Windsor Laurelwood, misnamed in the complaint as Laurelwood Mental Hospital, in the captioned matter. Please include the undersigned on all future correspondence, orders, pleadings, and other communications pertaining to this case.

    Respectfully submitted,

    */s/ David A. Campbell*
    David A. Campbell (0066494)
    Donald G. Slezak (0092422)
    Lewis Brisbois Bisgaard & Smith, LLP
    1375 E. 9th Street
    Suite 2250
    Cleveland, OH 44114
    Phone: (216) 298-1261
    Fax: (216) 344-9421
    david.a.campbell@lewisbrisbois.com

    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2023, the foregoing was filed through the Court's CM/ECF electronic filing system, which will provide service to Defendants' counsel of record. A copy of this filing has also been sent to the Plaintiff via regular mail at the following address on record with the Court:

Russell A. Williams
1028 Jefferson Ave. #1
Akron, OH 44302

*/s/ David A. Campbell*
David A. Campbell (0066494)

*Attorney for Defendants*